# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | |
| Information Associated with | ) | **ORDER** |
| HHTTP://NORTHDAKOTA.BACKPAGE. | ) | |
| COM/MINOT ADULT ENTERTAINMENT/ | ) | |
| MINOT ESCORT 701-389-0306/ | ) | |
| POST ID 4332082, 4323870, 4266392, 4345734 | ) | Case No. 4:14-mj-182 |
| that is stored at premises controlled by | ) | |
| Backpage.com | ) | |

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Bryan S. Snyder, Federal Bureau of Investigation, Search Warrant Return, and the Government's Motion to Seal, shall remain sealed until February 27, 2015.

Dated this 30th day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court